No. 89–1167. BRUTSCHE *v.* CLEVELAND-PERDUE, SUCCESSOR REPRESENTATIVE AND ADMINISTRATRIX OF THE ESTATE OF JONES. C. A. 7th Cir. Motion of respondent for leave to pro-

ceed *in forma pauperis* granted. Certiorari denied.